IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:16 CR 8

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>          Plaintiff, )<br>     )<br>vs. )<br>     )<br>CAMERON DAVID SAWTELLE, )<br>          Defendant, )<br>     )<br>and )<br>     )<br>NEW PECO INC., )<br>          Garnishee. )<br>     ) | ORDER |

This matter is before the Court on the Government's Motion for Dismissal of Writ of Continuing Garnishment (Doc. 13).

On August 11, 2017, a Writ of Continuing Garnishment was issued to New Peco Inc. ("Garnishee") (Doc. 3).

The instant Motion indicates that Defendant is no long employed by Garnishee.

Accordingly, the Government's Motion for Dismissal of Writ of Continuing Garnishment (Doc. 13) is **GRANTED** and the Writ of Continuing Garnishment (Doc. 3) filed on August 11, 2017 is **TERMINATED.**

Signed: January 8, 2020

*/s/ W. Carleton Metcalf*
W. Carleton Metcalf
United States Magistrate Judge