IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:16-cr-00008-MR-WCM

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | ) |
| CAMERON D. SAWTELLE, | ) |
|           Defendant, | ) |
| | ) |
| and | ) |
| | ) |
| AUTO ADVANTAGE INC., | ) |
|           Garnishee. | ) |

## DISMISSAL OF ORDER OF CONTINUING GARNISHMENT

For the reasons stated therein and for good cause shown, the Government's Motion for Dismissal of Order of Continuing Garnishment (Doc. 24) is **GRANTED**, and the Order of Continuing Garnishment (Doc. 23) against Defendant Cameron D. Sawtelle is **DISMISSED.**

Signed: October 18, 2021

*W. Carleton Metcalf*
W. Carleton Metcalf
United States Magistrate Judge